UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


COMPLAINT FOR EXONERATION FROM
OR LIMITATION OF LIABILITY OF
TAMPA BAY MARINE TOWING &          CASE NO. 8:08-CV-2277-T-17TBM
SERVICE, INC., d/b/a Sea
Tow Tampa Bay, AS OWNER OF THE
21' TRIUMPH "M/V INTEGRITY,"


_____/


ORDER

     This cause is before the Court on:


     Dkt. 11    Report and Recommendation
     Dkt. 13    Objection

     In the Report and Recommendation, the assigned United States
Magistrate Judge recommends that this case be transferred to the
appropriate federal district court within the State of Texas,
pursuant to Supplemental Rule F.


     Petitioner Tampa Bay Marine Towing & Service, Inc. d/b/a Sea
Tow Tampa Bay, as owner of the 21' Triumph "M/V Integrity" filed
its Objection to the Report and Recommendation.  Petitioner
argues that Petitioner is a Florida corporation which does
business only in the State of Florida, and which operates as a
franchisee of Sea Two Services International in the Tampa Bay
area.


     Once the Court was notified of the jurisdictional dispute in
the Texas action, the Court elected to wait for a final
resolution of that dispute before proceeding in this case.  The

Case No. 8:08-CV-2277-T-17TBM

Court notes that Court of Appeals of the Fifth District of Texas entered its Memorandum Opinion and Judgment on November 20, 2009, in which the Court of Appeals dismissed claims against Tampa Bay Marine Towing & Service, Inc. d/b/a Sea Tow Tampa Bay for lack of jurisdiction. Therefore, there is no pending suit in Texas. The Court has been notified that the case has been refiled in Hillsborough County Circuit Court, Case No. 10-00294, Div. F, Christopher Moyer v. Tampa Bay Marine Towing & Service, Inc., etc., et al. (Dkt. 18).

Based on the ruling in the related Texas proceedings, the Court rejects the Report and Recommendation and sustains Petitioner's Objection. Pursuant to Supplemental Rule F(9), the Court finds that venue is proper in the Middle District of Florida. Accordingly, it is

**ORDERED** that the Report and Recommendation is **rejected**, and Petitioner's Objection is **sustained**. The Court finds that venue is proper in the Middle District of Florida as the owner has been sued in this district. This matter is referred to the assigned Magistrate Judge for approval of the Ad Interim Stipulation, establishment of the means of notice to potential claimants, and a deadline for the filing of claims.

Case No. 8:08-CV-2277-T-17TBM

**DONE and ORDERED** in Chambers, in Tampa, Florida on this
14th day of January, 2010.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record